IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LLEWELEN F. SMITH,
    Plaintiff,

vs.                                Case No. 5:07cv138/MCR/EMT

SCOTT A. MIDDLEBROOK, WARDEN,
    Defendant.
_____/

## ORDER

        Plaintiff, proceeding pro se and in forma pauperis, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (*see* Docs. 1, 8).  Now before the court is Plaintiff's "Notice of Supplement to Request for Judicial Notice of Adjudicative Facts Pursuant to Rule 201, et. seq., RULES OF EVIDENCE" (Doc. 13), which shall be construed as a motion to supplement an earlier pleading filed by Plaintiff.  In the instant filing, Plaintiff appears to request that the court supplement his "Request for Judicial Notice . . . ." (*see* Doc. 13 at 1).  On July 31, 2007, however, Plaintiff's letter "RE: REQUEST FOR JUDICIAL NOTICE, ATTACHMENT B" was returned to him because it was deficient (*see* Doc. 11 at 1).  Thus, there is no "request" pending before the court to be supplemented, and Plaintiff's motion shall be denied.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's "Notice of Supplement to Request for Judicial Notice of Adjudicative Facts Pursuant to Rule 201, et. seq., RULES OF EVIDENCE" (Doc. 13), construed as a motion to supplement, is **DENIED**.

        **DONE AND ORDERED** this 15th day of August 2007.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**